UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N. C.

JUN - 6 2005

US DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1: 05 CR 202 |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| 1) WILLIAM RICHARD MAXWELL ) | |
| ) | Violation: |
| | 15 USC § 1242 |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about April 22, 2004, in Henderson County, which is within the Western District of North Carolina,

1) WILLIAM RICHARD MAXWELL

knowingly and unlawfully did introduce and manufacture for introduction into interstate commerce, and transport and distribute in interstate commerce a switchblade knife.

In violation of Title 15, United States Code, Section 1242.

### COUNT TWO

On or about April 28, 2004, in Henderson County, which is within the Western District of North Carolina,

1) WILLIAM RICHARD MAXWELL

knowingly and unlawfully did introduce and manufacture for introduction into interstate commerce, and transport and distribute in interstate commerce a switchblade knife.

In violation of Title 15, United States Code, Section 1242.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

JILL WESTMORELAND ROSE
ASSISTANT U.S. ATTORNEY