UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05CR202 |
| | ) | |
| vs. | ) | <u>ORDER OF DISMISSAL</u> |
| | ) | |
| WILLIAM RICHARD MAXWELL | ) | |

**THIS MATTER** is before the Court on the Government's motion for the dismissal of the Indictment in the above-captioned case without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the captioned indictment is hereby **DISMISSED** without prejudice.

The Clerk is directed to certify copies of this Order to the Defendant, his attorney, the United States Probation Office, and the United States Attorney's Office.

**Signed: January 4, 2006**

Lacy H. Thornburg
United States District Judge