IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:05CR202

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| WILLIAM RICHARD MAXWELL | ) | |

**THIS MATTER** is before the Court on the Government's motion for reconsideration of the July 11, 2006, Order.

The Court finds the Government has not stated any reason or cause for reconsideration of the Order and the motion is denied.

**IT IS, THEREFORE, ORDERED** that the Government's motion for reconsideration is hereby **DENIED.**

Signed: September 22, 2006

Lacy H. Thornburg
United States District Judge